*E-filed 8/1/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C07-03799 HRL |
| Plaintiff, | **CLERK'S NOTICE RE: MAGISTRATE JUDGE JURISDICTION** |
| v. | |
| KLA-TENCOR CORP., | |
| Defendant. | |

PLEASE TAKE NOTICE THAT if the parties wish to proceed in this matter before Magistrate Judge Howard R. Lloyd, they should file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge as soon as possible.

Dated:   8/1/07                                          /s/  KRO
                                                         Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Judith L. Anderson andersonju@sec.gov, alcairoe@sec.gov, buchholzs@sec.gov, johnstonj@sec.gov

Marc J. Fagel fagelm@sec.gov

Elena Ro roe@sec.gov

Dated: 8/1/07

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd

2