MARC J. FAGEL (State Bar No. 154425)
fagelm@sec.gov
JUDITH L. ANDERSON (State Bar No. 124281)
andersonju@sec.gov
ELENA RO (State Bar No. 197308)
ro@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Fascimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-3799 HRL |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| KLA-Tencor Corporation, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 7, 2007          /s/ Judith L. Anderson

                               Counsel for Plaintiff
                               SECURITIES AND EXCHANGE COMMISSION