UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities And Exchange Commission, | No. C07-03799 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| KLA-Tencor Corporation, | |
| Defendant. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 30, 2007, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **November 2, 2007 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 26, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 8, 2007         RICHARD W. WIEKING, Clerk
                              United States District Court

                                      /s/ *Patty Cromwell*
                              By: Patty Cromwell, Courtroom Deputy
                              to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Judith L. Anderson    andersonju@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov

Marc J. Fagel    fagelm@sec.gov

Elena Ro    roe@sec.gov