**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  SECURITIES AND EXCHANGE                    No. C 07-03799 JW
   COMMISSION,
8
           Plaintiff(s),                     CLERK'S NOTICE
9
       v.
10
   KLA-TENCOR CORPORATION,
11
           Defendant(s).
12
   _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to reassignment the Court sets a Case Management Conference
16
   before Judge James Ware on **November 26, 2007 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st
17
   Street, San Jose, California.
18
   Dated:  October 26, 2007
19
                                             FOR THE COURT,
                                             Richard W. Wieking, Clerk
20
21
                                      by: _____/s/_____
22                                           Elizabeth Garcia
                                             Courtroom Deputy
23
24
25
26
27
28