**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff(s),<br><br>   v.<br><br>KENNETH L. SCHROEDER,<br>        Defendant(s).<br>_____/<br><br>KLA-TENCOR CORPORATION<br>        Defendant(s) | No. C 07-03798 JW<br>Related Case: C 07-03799 JW<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for November 26, 2007 at 10:00 AM, has been reset to **December 17, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by December 7, 2007.

Dated:  October 31, 2007

FOR THE COURT,
Richard W. Wieking, Clerk


by:  _____/s/_____
      Elizabeth Garcia
      Courtroom Deputy