MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
MARK P. FICKES (Cal Bar No. 178570)
  fickesm@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>KLA-Tencor Corporation,<br><br>  Defendant. | Case No. C-07-3799 JW<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  December 17, 2007<br>Time:  10:00 a.m.<br>Location:  Courtroom 8, 4th Floor<br>    Hon. James Ware |

Pursuant to the Northern District's March 1, 2007 Standing Order and this Court's order dated July 25, 2007 (Docket No. 3), plaintiff Securities and Exchange Commission (the "Commission") and defendant KLA-Tencor Corporation ("KLA") submit this Joint Case Management Statement.

## 1.     JURISDICTION AND SERVICE

This is a settled enforcement action brought by the Commission alleging violations of the federal securities laws.  The Commission brings this action pursuant to Sections 20(b) and 20(d) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77t(b) and 77t(d)] and Sections 21(d) and 21(e) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78u(d) and 78u(e)].

The Court has jurisdiction over this action pursuant to Sections 20(c) and 22(a) of the Securities Act [15 U.S.C. §§ 77t(c) and 77v(a)] and Section 27 of the Exchange Act [15 U.S.C. § 78aa]. Venue is proper in this District pursuant to Section 22 of the Securities Act [15 U.S.C. § 77v], and Section 27 of the Exchange Act [15 U.S.C. § 78aa].

**2. THE PARTIES HAVE AGREED TO THE COURT'S ENTRY OF JUDGMENT**

On July 25, 2007, the Commission filed KLA's Consent to Entry of Final Judgment and a Proposed Final Judgment (Docket No. 2). Consequently, there are no disputed facts to be tried by the Court or a jury. Likewise, with the exception of the Court's consideration of the Proposed Final Judgment, there are no legal issues to be decided by the Court. Consequently, the parties are not submitting with this statement a proposed discovery plan or schedule.

At the case management conference, the parties will be prepared to address any questions the Court may have concerning the settlement.

DATED: November 28, 2007         Respectfully Submitted,


/s/ Mark P. Fickes
Susan F. LaMarca
Mark P. Fickes
Elena Ro
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ William Kimball
John Hemann
William Kimball
Attorneys for Defendant
KLA-TENCOR CORPORATION